UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X

United States of America,                          03-CR-0129
                              Plaintiff,           (CPS)

        - against -

Howard Thomas Porter,                              ORDER
                              Defendant.


-------------------------------------------X

        Having considered Howard Thomas Porter's *pro se* motion for

reconsideration of the undersigned's November 13, 2007 Memorandum

Opinion & Order denying his Federal Rule of Civil Procedure

60(b)(6) motion, Porter's motion for reconsideration is denied.

        As discussed in the November 13, 2007 Memorandum Opinion &

Order, Porter has failed to state a valid Rule 60(b)(6) claim.

Rule 60(b)(6) only applies to civil judgments and is not a

procedural vehicle available to defendants seeking direct relief

from criminal convictions.  Porter's reliance on *Gonzalez v.

Crosby,* 545 U.S. 524 (2005), and *Materese v. Lefevre*, 801 F.2d 98

(2d Cir. 1986), in support of his motion for reconsideration is

misplaced, because the defendants in those cases filed Rule 60(b)

motions seeking relief from judgments in habeas corpus

proceedings, which are civil in nature.[1]  Because Porter does not

---

[1] The other two cases that Porter cites, *Ackerman v. U.S.*, 340 U.S. 193
(1950), and *Blue Diamond Coal Co. v. Trustees of the UMWA Combined Benefit
Fund,* 249 F.3d 519 (6th Cir. 2001), in support of his motion for
reconsideration are also inapplicable, because they involve 60(b) motions
filed in connection with different types of civil proceedings.

have an underlying writ of habeas corpus petition that has
already been adjudicated by the Court, he does not have a legal
basis for filing a Rule 60(b)(6) motion at this time.
Accordingly, Porter's motion for reconsideration of his Rule
60(b)(6) motion is denied.

The clerk is directed to transmit a filed copy of the within
to the parties and the magistrate judge.

SO ORDERED.

Dated :   Brooklyn, New York
          January 3, 2008


                    By: /s/ Charles P. Sifton (electronically signed)
                             United States District Judge